UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| DARRYL CARTER, Plaintiff, v. TRANS UNION LLC, Defendant. | ) | Case No. 2:26-cv-376 |

**ORDER**

This matter is before the court *sua sponte*. A Telephonic Rule 16 Preliminary Pretrial Conference was held on September 22, 2026. [DE 10]. Attorney Julia F. Frandsen-DeLoach appeared on behalf of the defendant, Trans Union LLC. *Pro se* plaintiff, Darryl Carter, failed to appear. This court issued a Show Cause Order [DE 11] giving the plaintiff up until October 5, 2026 to inform the court why he failed to appear for the conference. To date, the plaintiff has not responded. As of the date of this Order, no further communication by Plaintiff has occurred. Consequently, the court **RECOMMENDS** that this case be **DISMISSED WITH PREJUDICE** pursuant to **Federal Rules of Civil Procedure and 41(b)**.

Pursuant to **28 U.S.C. § 636(b)(1)**, the parties shall have fourteen days after being served with a copy of this Recommendation to file written objections thereto with the Clerk of Court. The failure to file a timely objection will result in the waiver of the right to challenge this Recommendation before either the District Court or the Court of Appeals. ***Willis v. Caterpillar, Incorporated***, 199 F.3d 902, 904 (7th Cir. 1999); ***Johnson v. Zema Systems Corporation***, 170 F.3d 734, 739 (7th Cir. 1999); ***Hunger v. Leininger***, 15 F.3d 664, 668 (7th Cir. 1994); ***The Provident Bank v. Manor Steel Corporation***, 882 F.2d 258, 260-61 (7th Cir. 1989); ***United***

***States v. Johnson***, 859 F.2d 1289, 1294 (7th Cir. 1988); ***Lebovitz v. Miller***, 856 F.2d 902, 905 n.2 (7th Cir. 1988).

ENTERED this 14th day of October, 2026.

/s/ Andrew P. Rodovich
United States Magistrate Judge