UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| DARRYL CARTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 2:26-cv-376 |
| | ) | |
| TRANS UNION LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Darryl Carter, proceeding without an attorney, filed a complaint in state court against Trans Union alleging violations of the Fair Credit Reporting Act. The case was removed to this court, and I was assigned to the case along with Magistrate Judge Andrew Rodovich. On August 28, 2026, Judge Rodovich scheduled a Rule 16 preliminary pretrial conference for September 22, 2026. [DE 8.] Defendant appeared through counsel. Carter did not. [DE 10.] Judge Rodovich issued an order requiring Carter to show cause why he failed to appear by October 5, 2026. [DE 11.] Carter did not respond by the deadline, and still hasn't.

On October 14, 2026, Judge Rodovich issued a report and recommendation recommending that I dismiss this case pursuant to Federal Rule of Procedure 41(b), in light of the plaintiff's failure to appear for the conference and failure to respond to the show cause order. [DE 13.] The report and recommendation expressly advised Carter that he had fourteen days after being served with the report and recommendation to file

an objection. *Id.* Well over fourteen days has passed, and Carter has not filed an objection.

ACCORDINGLY:

Judge Andrew P. Rodovich's report and recommendation [DE 13], to which no objections or other response has been timely filed, is ACCEPTED AND ADOPTED.

For the plaintiff's failure to appear, failure to comply with orders of the court and failure to show cause, the case is DISMISSED WITH PREJUDICE pursuant to Fed.R.Civ.P. 16(f) and 41(b).

SO ORDERED.

ENTERED: November 2, 2026.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT